1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE PANSA
   Assistant United States Attorney
3  1130 "O" Street, Room 3654
   Fresno, California  93721
4  Telephone:  (559) 498-7272
5  Attorneys for Respondents

6           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA          )
                                     )
9              Plaintiff,            )
                                     )
10     vs.                           )    No. 01:CR-04-5282 OWW
                                     )
11 GUSTAVO GARCIA-VEGA               )    STIPULATION RE: MOTION FOR
                                     )    CONTINUANCE AND
12             Defendant             )    ORDER
                                     )
13 _____

14                    **STIPULATION**

15     It is hereby stipulated by and between the parties hereto, and through their attorneys of

16 record, that the Trial Confirmation and Motions in Limine hearing which is currently set for **April**

17

18 **18, 2005**, **at 1:30,** and the trial currently set for **April 26, 2005**, be vacated and continued.  The

19 parties stipulate that the new date for the Motion in Limine hearing and the  trial confirmation will

20 be extended to **May 16, 2004,** and the new trial date will be **May 24, 2005.**  The parties stipulate that

21 the government's reply to the defendant's response to the plaintiff's Motion in Limine currently due

22 on **April 13, 2005**, be extended to **May 9, 2005.**  The reason for the change in date is continued plea

23 negotiations, trial preparation, and witness unavailability.

24

25 ///

26 ///

27 ///

28
                           1

Finally, the parties also stipulate that time will be excluded until the next hearing on **May 16, 2005,** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Mark A, Lizarraga (consent given to sign) |
| McGREGOR W. SCOTT | Mark A. Lizarraga |
| United States Attorney | Assistant Federal Defender |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | GUSTAVO GARCIA-VEGA |
| Attorney for the Plaintiff | |
| | |
| Date : April 13, 2005 | Date : April 13, 2005 |

**IT IS SO ORDERED.**

Dated : _April 15, 2005        /s/ OLIVER W. WANGER
                               Oliver W. Wanger
                               United States District Court Judge
                               Eastern District of California