**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GUSTAVO GARCIA VEGA, | ) | 1:04-cr-5282 OWW |
| | ) | |
| Defendant/Petitioner, | ) | ORDER RE: REQUEST FOR |
| | ) | TRANSCRIPT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent. | ) | |
| | ) | |

Petitioner, Gustavo Garcia Vega, filed a Request for "Production of Documents" on March 31, 2006. Petitioner seeks a transcript of his plea hearing based on his stated intention to file a petition asserting a claim for ineffective assistance of counsel.

Although no mistrial here occurred, as Petitioner entered a plea of guilty, a transcript of such proceeding is reasonably necessary to the advancement of Petitioner's cause.

Petitioner has adequately established that he is indigent and unable to afford a transcript.

GOOD CAUSE APPEARING, a transcript of Petitioner's plea

///

///

**proceedings in this case before the District Court shall be prepared at government expense.**

IT IS SO ORDERED.

**Dated:     April 12, 2006**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE